UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| SOLOMAN D. MAYE, : | |
|     Plaintiff : | |
| : | Case No.    3:10CV194 (VLB) |
| v. : | |
| : | |
| : | June 23, 2011 |
| OFFICER DURKIN, ET AL., : | |
|     Defendants : | |

## RULING DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Pending before the court is the plaintiff, Soloman Maye's motion for leave to file a second amended complaint. Rule 5(a) and (d) of the Federal Rules of Civil Procedure and Rule 5(c) of the Local Civil Rules of the United States District Court for the District of Connecticut require that a motion be served on every party. Furthermore, the certificate of service must list the name and address of each person or attorney served with a copy of the motion, objection or amended complaint. *See* Rule 5(c), D. Conn. L. Civ. R.

Attorney Roderick Ryan Williams, Office of Corporation Counsel for the City of New Haven, 165 Church Street, New Haven, Connecticut 06510, represents Officers Durkin, McArthur, Bullock and the City of New Haven. The certificate of service attached to plaintiff's motion indicates that plaintiff mailed the motion to Attorney Scott M. Karsten who represents defendant White, but not to Attorney

1

Williams. Because plaintiff did not indicate in the certificate of service that he mailed the motion for leave to amend to counsel for defendants Durkin, McArthur, Bullock and the City of New Haven, the Motion for Leave to Amend [doc. #30] is DENIED without prejudice.

SO ORDERED in Hartford, Connecticut, this 23rd of June, 2011.

_____/s/_____
Vanessa L. Bryant
United States District Judge